IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 124,395

In the Matter of DANIEL J. MARTINEZ,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On April 1, 2022, the court suspended Daniel J. Martinez' Kansas law license for three years after finding by clear and convincing evidence that he violated Kansas Rules of Professional Conduct 1.1 (2022 Kan. S. Ct. R. at 327) (competence), 1.4 (2022 Kan. S. Ct. R. at 332) (communication), 1.5 (2022 Kan. S. Ct. R. at 333) (fees), 1.15 (2022 Kan. S. Ct. R. at 372) (safekeeping property), 1.16 (2022 Kan. S. Ct. R. at 378) (terminating representation), 7.1 (2022 Kan. S. Ct. R. at 424) (communications concerning a lawyer's services), and 8.4 (2022 Kan. S. Ct. R. at 434) (professional misconduct). The court stayed the suspension pending Martinez' successful completion of three years of probation. See *In re Martinez*, 315 Kan. 245, 257, 506 P.3d 909 (2022).

On July 7, 2025, Martinez filed a motion for discharge from probation. He attached his affidavit and an affidavit from his supervising attorney describing Martinez' compliance with his probation terms and conditions. The Office of the Disciplinary Administrator (ODA) responded that Martinez complied with his probation terms and conditions and is eligible for discharge. See Supreme Court Rule 227(g) (2025 Kan. S. Ct. R. at 277) (outlining the process for a motion for discharge). The ODA stated no objection to discharging Martinez from probation.

The court notes the ODA's response, grants Martinez' motion, and fully discharges him from probation. The court also assesses any remaining costs of this proceeding to Martinez. Accordingly, this disciplinary proceeding is closed.

The court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 22nd day of August 2025.